ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Frank O'Connor Inc. | ) ASBCA No. 64065 |
| | ) |
| Under Contract No. SP4705-20-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:      Lewis P. Rhodes, Esq.
                                    Reston Law Group
                                    Reston, VA

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                    DLA Chief Trial Attorney
                                    Rachel Noble, Esq.
                                    Trial Attorney
                                    DLA Land and Maritime
                                    Columbus, OH

                                    Ashley M. Kelly, Esq.
                                    Trial Attorney
                                    DLA Aviation
                                    Richmond, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 7, 2025

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64065, Appeal of Frank O'Connor Inc., rendered in conformance with the Board's Charter.

Dated:  May 7, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals